| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Roland T Rudas**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0427**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | Date case filed for chapter  **7**   **9/9/16** |
| Case number:   **16–82131** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Roland T Rudas | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9471 Welsh Ln.<br>Huntley, IL 60142 | |
| 4. | **Debtor's attorney**<br>Name and address | John P Dickson<br>Dickson Law Group, LLC<br>1301 Pyott Road, Suite 213<br>Lake in the Hills, IL 60156 | Contact phone 8153175193<br>Email: john@dicksonlawgroup.com |
| 5. | **Bankruptcy trustee**<br>Name and address | James E Stevens<br>Barrick, Switzer, Long, Balsley & Van Ev<br>6833 Stalter Drive<br>Rockford, IL 61108 | Contact phone 815–962–6611<br>Email: jimstevens@bslbv.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor **Roland T Rudas**                                                                 Case number **16–82131**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Western Division 327 South Church Street Rockford, IL 61101 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 9/12/16 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 13, 2016 at 02:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **308 West State Street, Room 40, Rockford, IL 61101** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/12/16** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                 page **2**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 16-82131-TML
Roland T Rudas                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith          Page 1 of 2           Date Rcvd: Sep 12, 2016
                              Form ID: 309A           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
db          +Roland T Rudas,    9471 Welsh Ln.,    Huntley, IL 60142-2447
tr          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, IL 61108-2582
24886376    +A/r Concepts,    18-3 E Dundee Rd,    Barrington, IL 60010-5275
24886382    +Central Credit Services,    9550 Regency Square Blvd Ste 500,    Jacksonville, FL 32225-8169
24886383    +Covington Lakes HOA,    c/o Daniel Haumann,    2272 W. 95th St. Ste 313,
              Naperville, IL 60564-8939
24886384    +Dept Of Ed/Aspire Resourses Inc,    6775 Vista Dr,    West Des Moines, IA 50266-9305
24886385    +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,   Wilkes Barr, PA 18773-9400
24886388     Froedtert Health,    400 Woodland Prime, Suite 103,    N74 W12501 Leatherwood Ct.,
              Menomonee Falls, WI 53051-4490
24886390    +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
24886391    +Peoples Choice Home Lo,    7515 Irvine Center Dr,    Irvine, CA 92618-2930
24886396    +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,   Saint Paul, MN 55116-0448
24886397    +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
24886398    +Wisconsin Radiology Specialists,    PO Box 1790,    Brookfield, WI 53008-1790

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: john@dicksonlawgroup.com Sep 13 2016 02:18:04     John P Dickson,
              Dickson Law Group, LLC,    1301 Pyott Road, Suite 213,    Lake in the Hills, IL  60156
24886380     E-mail/Text: ebn@americollect.com Sep 13 2016 02:19:50     Americollect Inc,    Po Box 1566,
              1851 S Alverno Rd,    Manitowoc, WI 54221
24886377    +E-mail/Text: seinhorn@ars-llc.biz Sep 13 2016 02:21:39     Ability Recovery Servi,
              Po Box 4031,    Wyoming, PA 18644-0031
24886378    +EDI: AFNIRECOVERY.COM Sep 13 2016 01:38:00     Afni,    Po Box 3427,
              Bloomington, IL 61702-3427
24886379    +E-mail/Text: bky@americanprofit.net Sep 13 2016 02:20:18     American Profit Recovery,
              34405 West 12 Miles Road #333,    Farmington Hills, MI 48331-5608
24886381    +EDI: BANKAMER.COM Sep 13 2016 01:38:00     Bank Of America,    Nc4-105-03-14,    Po Box 26012,
              Greensboro, NC 27420-6012
24886395     EDI: AISTMBL.COM Sep 13 2016 01:38:00     T-Mobile,    T-Moblie Bankruptcy Team,    PO Box 53410,
              Bellevue, WA 98015-3410
24886386    +EDI: BLUESTEM.COM Sep 13 2016 01:38:00     Fingerhut,    6250 Ridgewood Road,
              Saint Cloud, MN 56303-0820
24886394     EDI: NEXTEL.COM Sep 13 2016 01:38:00     Sprint,    Attn: Bankruptcy Dept,    PO Box 3326,
              Englewood, CO 80155-3326
24886392    +EDI: DRIV.COM Sep 13 2016 01:43:00     Santander Consumer USA,    Santander Consumer USA,
              Po Box 961245,    Fort Worth, TX 76161-0244
24886393    +EDI: DRIV.COM Sep 13 2016 01:43:00     Santander Consumer Usa,    Po Box 961245,
              Ft Worth, TX 76161-0244
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24886387*    +Fingerhut,   6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
24886389    ##+Ksaservicing,   Po Box 90759,    Raleigh, NC 27675-0759
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                               Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: lorsmith            Page 2 of 2            Date Rcvd: Sep 12, 2016
                              Form ID: 309A             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              John P Dickson    on behalf of Debtor 1 Roland T Rudas john@dicksonlawgroup.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                        TOTAL: 3
```